UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 14 CR 705-6 |
| | ) | |
| v. | ) | |
| | ) | Judge Gary Feinerman |
| ROBERTO SANCHEZ, | ) | |
| Defendant | ) | |
| and | ) | |
| MARIA PAPPAS, in her official Capacity as Cook County Treasurer and *ex officio* Cook County Collector, DAVID D. ORR, in his official capacity as Cook County Clerk, and JOSEPH BERRIOS, in his official capacity as Cook County Assessor, | ) | |
| Parties-in-Interest. | ) | |

## AGREED JUDGMENT AND ORDER

This matter coming before the Court on the government's unopposed motion and the Court being fully advised finds as follows:

1. On November 17, 2016, this Court entered an Order of Default Judgment on the Bond Forfeiture Agreement as to defendant Roberto Sanchez.

2. Pursuant to the above-referenced Order, the real property at 2241 North Monitor Avenue, Chicago, Illinois, identified by PIN number 13-32-211-011-0000 (the "Subject Parcel"), posted to secure the bond of defendant

Sanchez, was forfeited and the United States became owner of the Subject Parcel, and has maintained such ownership through the present time.

3. Pursuant to federal and state law, property owned by the United States is not subject to state or local taxes after the date of forfeiture.

Therefore, it is hereby ORDERED and DIRECTED, with the agreement of the Parties-in-Interest, as follows:

a. That the parcel of real estate set forth and identified by parcel number 13-32-211-011-0000 which was acquired by the United States by Court Order of Forfeiture on November 17, 2016, is exempt from real estate taxation from November 17, 2016 until such time as the parcel is no longer owned by the United States.

b. That any and all remaining tax liens and forfeitures entered against the Subject Parcel be vacated, set aside and held void until such time, if any, when title to the Subject Parcel has or may be conveyed by the United States or the Subject Parcel is no longer used for government purposes.

c. Maria Pappas, in her official capacity as Cook County Treasurer and *ex officio* Cook County Collector; David D. Orr, in his official capacity as Cook County Clerk and Joseph Berrios, in his official capacity as Cook County Assessor (collectively, the "Parties-in-Interest") are directed to mark the books and records in their respective custody to reflect the terms of this Judgment Order.

d. The Parties-in-Interest and their successors, attorneys, agents, and employees are permanently enjoined and restrained from collection or attempts to

Case: 1:14-cr-00705 Document #: 239 Filed: 02/28/17 Page 3 of 3 PageID #:849

collect from the United States in any manner whatsoever any real estate taxes, interest, or penalties imposed or assessed against the Subject Parcel.

  e. This Tax Injunction shall issue immediately, and is directed to the Parties-in-Interest.

  f. That the Director of the Cook County, Illinois, Department of Revenue is directed to delete the Subject Parcel from the delinquent tax list.

  g. That upon sale of the Subject Parcel, the United States will provide the Cook County Treasurer's Office with notice of the sale and a copy of the closing documents.

  h. That this Court will retain jurisdiction of this matter to take such additional action and enter further orders as necessary to implement and enforce this Order.

ENTERED:

_____
GARY FEINERMAN
United States District Judge

DATED: 2/28/2017